United States District Court

Northern District of California

| | |
|---|---|
| RUBEN MIJEL CHAVIRA,<br><br>       Plaintiff,<br><br>  v.<br><br>R.C. RUTH,<br><br>       Defendant. | Case No.: C 12-3312 CW (PR)<br><br>TRANSFER ORDER |

    Plaintiff, a state prisoner, has filed the above pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California. See 28 U.S.C. § 84(b). A substantial part of the events or omissions giving rise to the claims in the complaint occurred at KVSP, and Plaintiff has alleged no facts arising from events or omissions that occurred in the Northern District. Venue, therefore, properly lies in the Eastern District and not in the Northern District. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

    The Clerk of the Court shall transfer the case forthwith and terminate all motions pending on the court docket.

    IT IS SO ORDERED.

Dated: 7/25/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE